

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00383-CR

**DEMETRICE LACOLE NELMS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 10-02642-CRF-85

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss her appeal.  *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed February 28, 2013
Do not publish
[CR25]